**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Paul Eugene BRAME, Defendant–
Appellant.**

No. 13–1375.

United States Court of Appeals,
Tenth Circuit.

June 13, 2014.

Mark J. Barrett, Stephanie Natsuko Gaddy, Office of the United States Attorney, Denver, CO, for Plaintiff–Appellee.

Veronica S. Rossman, Office of the Federal Public Defender, Denver, CO, for Defendant–Appellant.

Before LUCERO, HARTZ, and HOLMES, Circuit Judges.

**ORDER**

The court was recently informed that the appellant in this matter, Paul Eugene Brame, passed away on June 8, 2014. *See* Notice of Appellant's Death, No. 13–1375 (10th Cir., filed June 10, 2014). Accordingly, we **DISMISS** this appeal as moot, *see, e.g., United States v. Judd,* 42 Fed. Appx. 140, 141 n. 1 (10th Cir.2002) (noting that a party's appeal was "rendered moot by his death"), and **REMAND** the case to the district court with instructions to va- cate that portion of the judgment imposing the challenged condition of supervised release. *See United States v. DeMichael,* 461 F.3d 414, 417 (3d Cir.2006) (remanding to the district court with instructions to effectively vacate (i.e., "abate") only that element of the deceased defendant's sentence challenged on appeal); *United States v. Butler,* 48 Fed.Appx. 630, 631 (9th Cir. 2002) (vacating sentence but not conviction where the deceased defendant had appealed only his sentence). A copy of this order shall stand as and for the mandate of this court.